UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                             :

CRAIG ALEXANDER,                   :

                             :

                Plaintiff          :         25-CV-04513 (JAV)

                             :

        -v-                    :            ORDER

                             :

JOHN DOE, AND, THE CITY OF NEW YORK,  :

                             :

             Defendants.     :
----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On March 6, 2026, Defendant City of New York filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  In light of Plaintiff's pro se and incarcerated status, in addition to the mail access issues noted in his complaint, the Court hereby EXTENDS Plaintiff's time to respond to Defendant's motion.

      Accordingly, it is hereby ORDERED that Plaintiff shall file either an opposition to the motion to dismiss or an amended complaint that addresses any deficiencies identified by the motion to dismiss by **June 10, 2026**.  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff chooses to amend his complaint, then by **July 1, 2026**, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss.  If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed by Plaintiff by **July 29, 2026**, and any reply shall be filed by **August 5, 2026**.

      If Plaintiff instead chooses to file an opposition to the motion to dismiss, Defendant shall file any reply by **June 17, 2026**.

SO ORDERED.

Dated: May 11, 2026
      New York, New York              _____
                                 JEANNETTE A. VARGAS
                                 United States District Judge