UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRAIG ALEXANDER,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

25-CV-4513 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

Plaintiff, who is proceeding *pro se*, is currently held in the West Facility on Rikers Island. He initiated this action by letter, which the Court construed as a complaint alleging that West Facility mailroom personnel have been withholding incoming legal and non-legal mail from that jail's prisoners, including him, and are doing so due to a policy, custom, or practice of the New York City Department of Correction ("DOC"). ECF No. 6. The Court construed the Complaint as asserting claims of federal constitutional violations under 42 U.S.C. § 1983, as well as claims under state law. *Id.* The Court accepted this case as related to *In re Sajetta*, Dkt. No. 25-CV-2574 (JAV).

By order dated June 5, 2026, the Court ordered Plaintiff to file an amended complaint or an opposition to Defendants' motion to dismiss by July 13, 2026. ECF No. 23. Given Plaintiff's documented delays in submitting and receiving court filings, *see id.*, the Court hereby **EXTENDS** Plaintiff's deadline to respond to Defendants' motion, *nunc pro tunc*, until **August 27, 2026.**

If Plaintiff chooses to amend his complaint, then by **September 24**, **2026**, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it

relies on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed by Plaintiff by **October 29, 2026**, and Defendants shall file any reply shall be filed by **November 20, 2026**. If Plaintiff instead chooses to file an opposition to the motion to dismiss, Defendant shall file any reply by **September 14, 2026**.

The Court is also contemplating seeking pro bono counsel to represent Plaintiff in this case. Plaintiff should understand that the Court has no authority to order the appointment of counsel in a civil case, but the Court would seek volunteers to represent Plaintiff. **Plaintiff should inform the Court, as soon as is practicable, whether he consents to the Court seeking pro bono counsel on his behalf.**

SO ORDERED.

Dated: July 28, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge